No. 98–1533.   HYNES, DISTRICT ATTORNEY OF KINGS COUNTY, NEW YORK, ET AL. *v.* TOMEI, JUSTICE, SUPREME COURT OF NEW YORK, KINGS COUNTY, ET AL.   Ct. App. N. Y.   Motions of respondents Angel Mateo and Michael Hale for leave to proceed *in forma pauperis* granted.   Certiorari denied.